## Adam W. Miller, Appellee, v. Elmer H. Odell, Appellant.

### Gen. No. 9,570.

296

opinion filed June 28, 1940; rehearing denied August 1, 1940. F. A. Ortman and Adsit, Thompson & Herr, for appellant; Neale Hanley and Baker, Niven & Crabtree, for appellee. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."